```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 17-03912-HWV
Jason D. Karper                                                     Chapter 7
Margaret L. Karper
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: admin          Page 1 of 1          Date Rcvd: Jan 02, 2018
                              Form ID: fnldecac    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.
db/jdb        +Jason D. Karper,   Margaret L. Karper,   854 Rustic Hill Drive,   Chambersburg, PA 17201-2952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 1, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William C Cramer    on behalf of Debtor 2 Margaret L. Karper williamcramer@embarqmail.com
              William C Cramer    on behalf of Debtor 1 Jason D. Karper williamcramer@embarqmail.com
                                                                                              TOTAL: 5

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jason D. Karper<br>aka Jason David Karper<br>854 Rustic Hill Drive<br>Chambersburg, PA 17201<br><br>Margaret L. Karper<br>854 Rustic Hill Drive<br>Chambersburg, PA 17201 | Chapter 7<br>Case No. 1:17−bk−03912−HWV |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−0391
xxx−xx−2222

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John P Neblett (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

| | |
|---|---|
| Dated: January 1, 2018 | BY THE COURT<br>By the Court,<br><br>*[signature]*<br><br>Honorable Henry W. Van Eck<br>United States Bankruptcy Judge<br>By: AutoDocketer, Deputy Clerk |